**APPLIED MEDICAL RESOURCES CORPORATION, Plaintiff–Appellant,**

v.

**UNITED STATES SURGICAL CORPORATION, Defendant–Appellee.**

No. 04–1198.

United States Court of Appeals, Federal Circuit.

Feb. 18, 2004.

Bert C. Reiser, Howrey & Simon, Washington, DC, for Plaintiff–Appellant.

Bradford J. Badke, Dewey Ballantine, New York, NY, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).